# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RICHARD COX**
**ADC #115950**                                                          **PLAINTIFF**

**v.**                              **No. 5:19-cv-54-DPM-PSH**

**WENDY KELLEY, Director, ADC**                              **DEFENDANT**

## ORDER

Unopposed partial recommendation, № *11*, adopted.    FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).    Cox's motion for a temporary restraining order and preliminary injunction, № *3*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*23 April 2019*