# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD COX**
**ADC # 115950**                                            **PLAINTIFF**

v.                      No. 5:19-cv-54-DPM-PSH

**WENDY KELLEY, Director, ADC**                             **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 18, and overrules Cox's objections, № 20. FED. R. CIV. P. 72(b)(3). Kelley's motion to dismiss, № 14, is partly granted and partly denied. Cox's official-capacity claims for money damages are dismissed without prejudice for failure to state a claim upon which relief may be granted. His official-capacity claim for prospective injunctive relief goes forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2019