# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICHARD COX
ADC #115950                                                                                                      PLAINTIFF

v.                   No. 5:19-cv-54-DPM-PSH

WENDY KELLEY, Director, ADC                    DEFENDANT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, № 30. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Cox's motion for partial summary judgment, № 26, is denied without prejudice as premature.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2019