## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RICHARD COX**
**ADC #115950**                                                    **PLAINTIFF**

**v.**                              **No. 5:19-cv-54-DPM-PSH**

**DEXTER PAYNE, Director, ADC**                        **DEFENDANT**

### ORDER

**1.** The Court adopts Magistrate Judge Harris's careful and unopposed partial recommendation, *Doc. 59*.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Motion for summary judgment, *Doc. 40*, denied.   A Final Scheduling Order setting this case for trial will issue.   The Court returns this case to the Magistrate Judge for further pretrial proceedings, including appointment of counsel.

**2.** Cox's motion to allow Magistrate Judge Harris to decide this case without a trial, *Doc. 60*, is denied without prejudice.   What Cox essentially seeks is summary judgment;   but there are questions that must be resolved at trial.   Further, Magistrate Judge Harris may preside over that trial only with both parties' consent.   28 U.S.C. § 636(c)(1).   The Court directs the Clerk to send the parties another set of consent forms.

**3.** To the extent Cox requests a bench trial, that motion is denied without prejudice, too.   Payne has asked for a jury trial.   *Doc. 19*.   If

both parties wish to proceed by bench trial, then they may file a stipulation to that effect.   FED. R. CIV. P. 39(a)(1).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_9 March 2021_

- 2 -