IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD COX
ADC #115950                                                              PLAINTIFF

v.                        No. 5:19-cv-54-DPM

WENDY KELLEY, Director, ADC                                    DEFENDANT

## JUDGMENT

Cox's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 18 February 2022 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2021